# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## Entry of Appearance and Certificate of Interested Parties

| | |
|---|---|
| State of New Mexico,<br><br>v.<br><br>U.S. Department of the Interior, et al. | Case No. 14-2222/14-2219 |

**INSTRUCTIONS:  COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES.  MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for **Pueblo of Pojoaque, a federally-recognized Indian Tribe, Appellant** in the subject case(s).

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows:  **(Check one.)**

On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

✔    There are no such parties, or any such parties have heretofore been disclosed to the court.


**Daniel Rey-Bear**
Name of Counsel

*s/ Daniel Rey-Bear*
Signature of Counsel

Rey-Bear McLaughlin, LLP
421 W Riverside Ave., Suite 1004
Spokane, WA 99201-0410
Office:  509-747-2502
Email:  dan@rbmindianlaw.com


I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on

**June 19, 2017 via email through the CM/ECF Filing System to Counsel for all Parties**.

*s/ Daniel Rey-Bear*
**DANIEL REY-BEAR**

**A-5**  Entry of Appearance Form 10/09