FILED
United States Court of Appeals
Tenth Circuit

June 22, 2017

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

_____

STATE OF NEW MEXICO,

    Plaintiff - Appellee,

v.

DEPARTMENT OF INTERIOR, et al.,

    Defendants - Appellants,

and

PUEBLO OF POJOAQUE, a federally-recognized Indian Tribe,

    Intervenor Defendant - Appellant.

Nos. 14-2219 & 14-2222

_____

## ORDER
_____

Before **HOLMES**, **McHUGH**, and **MORITZ**, Circuit Judges.
_____

    Within 10 days of the date of this order the appellee shall file a response to Pueblo of Pojoaque's petition for rehearing and rehearing en banc.

    Entered for the Court

ELISABETH A. SHUMAKER, Clerk