FILED
United States Court of Appeals
Tenth Circuit

July 18, 2017

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

---

STATE OF NEW MEXICO,

    Plaintiff - Appellee,

v.

DEPARTMENT OF INTERIOR, et al.,

    Defendants,

and

PUEBLO OF POJOAQUE, a federally-recognized Indian Tribe,

    Intervenor-Defendant - Appellant.

Nos. 14-2222 & 14-2219

---

## ORDER

---

Before **HOLMES**, **McHUGH**, and **MORITZ**, Circuit Judges.

---

This matter is before the court on Pueblo of Pojoaque's *Motion for Leave to File Reply to Appellee's Response to Appellant's Petition for Rehearing En Banc*. Upon consideration, the motion is denied.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk