FILED
United States Court of Appeals
Tenth Circuit

July 24, 2017

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

STATE OF NEW MEXICO,

    Plaintiff - Appellee,

v.

DEPARTMENT OF INTERIOR, et al.,

    Defendants - Appellants,

and

PUEBLO OF POJOAQUE, a federally-recognized Indian Tribe,

    Intervenor-Defendant-Appellant.

-------------------

NATIONAL INDIAN GAMING ASSOCIATION, et al.,

    Amici Curiae.

Nos. 14-2219 & 14-2222

_____

**ORDER**
_____

Before **HOLMES**, **McHUGH**, and **MORITZ**, Circuit Judges.
_____

    These matters come before the court on the two motions to file amici briefs in support of petition for rehearing and rehearing en banc filed by National Indian Gaming Association, National Congress of American Indians, Twenty-Three Federally

Recognized Indian Tribes and Tribal Business Entities, and Mashentucket Pequot Tribe, Northern Arapaho Tribe, Rincon Band of Luiseno Indians, Big Lagoon Rancheria, North Fork Rancheria of Mono Indians and Estom Yumeka Maidu Tribe of the Enterprise Rancheria. The motions are granted. The amicus briefs shall be filed as of date of receipt by the court.

        Entered for the Court

        ELISABETH A. SHUMAKER, Clerk