**FILED**
United States Court of Appeals
Tenth Circuit

**August 2, 2017**

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

STATE OF NEW MEXICO,

    Plaintiff - Appellee,

v.

DEPARTMENT OF INTERIOR, et al.,

    Defendants – Appellants,

and

PUEBLO OF POJOAQUE, a federally-recognized Indian Tribe,

    Intervenor Defendant – Appellant.

and

NATIONAL INDIIAN GAMING ASSOCIATION, et al.,

    Amici Curiae.

Nos. 14-2219 & 14-2222

_____

**ORDER**
_____

Before **HOLMES**, **McHUGH**, and **MORITZ**, Circuit Judges.
_____

This matter is before the court on the "Appellant Pueblo of Pojoaque's Motion to Stay the Mandate.

The motion is denied.

    Entered for the Court

    ELISABETH A. SHUMAKER, Clerk