# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

August 02, 2017

Chris Wolpert
Chief Deputy Clerk

Matthew (NMalb) Dykman
District of New Mexico- Albuquerque
Pete V. Domenici U.S. Courthouse
333 Lomas N.W., Suite 270
Albuquerque, NM 87102

**RE:** 14-2219, 14-2222, State of New Mexico v. DOI, et al
Dist/Ag docket: 1:14-CV-00695-JAP-SCY

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:  Andrew Baldwin
 Adam K. Bult
 Betsy Conway
 Scott David Crowell
 Peter J. Engstrom
 Carrie Ann Frias
 Richard Guest
 Steven J Gunn
 John David Gunter II
 Bruce H. Jackson

    Wade Jackson
    Erin E. Langenwalter
    Jennifer A. MacLean
    John Maier
    Eric D. Miller
    Steven Miskinis
    Yosef M. Negrose
    Daniel I.S.J. Rey-Bear
    Denise Turner Walsh
    Joel Williams

EAS/lg